UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION - DETROIT

IN THE MATTER OF:  CASE NO. 06-52634-TJT
LARRY D QUINN  CHAPTER 13 PROCEEDINGS
 HON. THOMAS J. TUCKER

_____ Debtor

## NOTICE OF UNCLAIMED DIVIDENDS

TO: CLERK OF THE COURT

The attached check represents an unclaimed dividend in this estate and is remitted to the court pursuant to U.S.C. 347(a). The name of the party entitled to this unclaimed dividend is as follows:

| Payee Name and Account Number | Court Clm # | Trustee Clm # | Class of Claim | Check # | Date | Amount |
|---|---|---|---|---|---|---|
| LARRY D QUINN<br>17131 DENVER<br>DETROIT, MI 48224-0000<br>SSN: XXX-XX-2655 | N/A | N/A | DEBTOR REFUND | 1311109 | 10/29/10 | $ 1,509.45 |

DATED: November 04, 2010

/s/ TAMMY L. TERRY
TAMMY L. TERRY, STANDING
CHAPTER 13 TRUSTEE
535 GRISWOLD
SUITE 2100

CHAPTER 13 TRUSTEE-TLT-DETROIT
P.O. BOX 31-1930    8011131
DETROIT, MICHIGAN 48231-1930

0652634 00000 017414 1311109
CLERK OF US BANKRUPTCY COURT
% DAVID BOICE/ UNCLAIMED
211 W FORT ST
DETROIT, MI 48226

*OFFICE OF THE CHAPTER 13 TRUSTEE - DETROIT-TLT*

| Date: 10/29/2010 | | | | | Check No: 1311109 | |
|---|---|---|---|---|---|---|
| Payee: CLERK OF US BANKRUPTCY COURT | | | | | | |
| 0652634 | LARRY D QUINN | | | 1,509.45 | 0.00 | 1,509.45 |
| | ACCT: | CLAIM: 00000 TYPE: | Balance: | | 0.00 | |

VERIFY THE AUTHENTICITY OF THIS MULTI-TONE SECURITY DOCUMENT.    CHECK BACKGROUND AREA CHANGES COLOR GRADUALLY FROM TOP TO BOTTOM.

TAMMY L. TERRY
TRUSTEE

OFFICE OF THE CHAPTER 13 TRUSTEE - DETROIT
P.O. BOX 31-1930
Detroit, MI 48231-1930
(313)967-9857 FAX

64-79/611

CHECK NO. 1311109
SunTrust Bank

FOR  LARRY D QUINN
BK:0652634  ACCT:
PRIN:  1,509.45   INT:   0.00

DATE Oct 29, 2010
AMOUNT
******1,509.45

PAY **1,509.45**
One Thousand Five Hundred Nine And 45 / 100 Dollars

THIS IS A POSITIVE PAY ACCOUNT
TRUST ACCOUNT

VOID OVER $1,509.45
VOID 90 DAYS AFTER DATE

TO THE ORDER OF
CLERK OF US BANKRUPTCY COURT
% DAVID BOICE/ UNCLAIMED
211 W FORT ST
DETROIT, MI 48226

*Tammy L. Terry*
Chapter 13 Trustee

⑈1311109⑈ ⑇061100790⑇ 000000575151 6 ⑈

06-52634-tjt    Doc 29    Filed 11/11/10    Entered 11/11/10 14:49:54    Page 2 of 3

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION - DETROIT

IN THE MATTER OF:  CASE NO. 06-52634-TJT
LARRY D QUINN  CHAPTER 13 PROCEEDINGS
  HON. THOMAS J. TUCKER

_____Debtor_____

NOTICE IS HEREBY GIVEN THAT:

The Trustee had a balance remaining in her account which represents checks drawn, mailed to entities pursuant to the final distribution under U.S.C. 726, 1226 or 1326 in a case under Chapter 13 in the above captioned matter. The checks were never negotiated. The trustee has made a good faith effort to verify the correct mailing address for said entities and deliver the funds before presenting this notice. More than sufficient time has passed for the checks to the creditor to be negotiated.

Attached and made a part of this notice is a list, pursuant to Bankruptcy Rule 3011, of the names and claim numbers of the claimants and the amounts to which each is entitled.

WHEREFORE, your trustee hereby gives notice that the sum as stated on the attached list for the above captioned matter has been deposited with the Clerk of the U.S. Bankruptcy Court, Eastern District of Michigan, to effect closing of this estate.

**Attorney Information:**

**LAW OFFICES OF JOSEPH G PLEVA
19650 HARPER AVE
SUITE 101
GROSSE POINTE WOODS, MI 48236**

**Last Known Address for Debtor:**

**LARRY D QUINN
17131 DENVER
DETROIT, MI 48224**

DATED: November 04, 2010

/s/ TAMMY L. TERRY
TAMMY L. TERRY, STANDING
CHAPTER 13 TRUSTEE
535 GRISWOLD
SUITE 2100
DETROIT, MI 48226